# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*
Southern District

June 17, 2024

> Application GRANTED. The conference scheduled for June 18, 2024 is adjourned to **June 20, 2024** at **11:30 a.m.**
>
> The Clerk of Court is directed to terminate ECF No. 11.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: June 18, 2024

By ECF

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York

**Re: *United States v. Roger Mercedes*, 23 Cr. 336 (JHR)**

Dear Judge Rearden:

I write to respectfully request that the Court adjourn tomorrow's conference in this matter until a date later this week or next week. The Government and the Probation Office consent to this request. I make this request because Mr. Mercedes wishes to attend his daughter's high school graduation tomorrow and, if he does, will be unable to attend his court appearance. I apologize for the lateness of this request; Mr. Mercedes had previously been confused about his scheduled court date.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Chelsea Scism, Esq. (by ECF)
      Matt Omlor, U.S. Probation (by email)