UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ROGER MERCEDES,<br><br>                    Defendant. | 23 Cr. 336 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    The Court is in receipt of a status report from Probation.  By **September 12, 2024**, the Government and the Supervisee shall each submit a letter stating their positions on the report.

    SO ORDERED.

Dated: September 5, 2024
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2024