UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ROGER MERCEDES,<br>                Defendant. | 23 Cr. 336 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of a report from Probation dated October 23, 2024 and a supplemental report dated November 1, 2024. Probation shall submit additional status reports on **November 20, 2024** and **December 4, 2024**.

SO ORDERED.

Dated: November 5, 2024
      New York, New York

                                                            JENNIFER H. REARDEN
                                                            United States District Judge