UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

ROGER MERCEDES,

                Defendant.

23 Cr. 00336 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On November 5, 2024, the Court directed Probation to submit status reports on November 20, 2024 and December 4, 2024. Neither report has been submitted. By no later than **December 13, 2024**, Probation must submit a detailed status report, as well as an explanation for its failure to submit the two prior reports by their respective deadlines.

The Clerk of Court is directed to forward a copy of this Order to the Probation Office.

SO ORDERED.

Dated: December 8, 2024
       New York, New York

JENNIFER H. REARDEN
United States District Judge