UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -v.-<br><br>ROGER MERCEDES,<br><br>                              Defendant. | 23 Cr. 336 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of a report from Probation dated December 12, 2024. Probation shall submit additional status reports on **January 8, 2025** and **January 22, 2025**.

The Government is directed to forward a copy of this Order to the Probation Office.

Probation shall provide a copy of the December 12 report to the parties.

SO ORDERED.

Dated: December 16, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2024