UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ROGER MERCEDES,<br>                      Defendant. | 23 Cr. 336 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      The Court is in receipt of a report from the Probation Office dated January 8, 2025. At the last conference, the Court warned that if the Defendant failed to bring himself into compliance with the conditions of his supervised release, the Court would hold an evidentiary hearing. *See* Sept. 26, 2024 Tr. at 7:7-18.

      By **January 17, 2025**, Probation shall submit a formal Violation Report to the Court, with courtesy copies to counsel. Upon receipt of the Report, the Court will schedule a hearing.

      Probation shall provide a copy of the January 8 report to counsel.

      SO ORDERED.

Dated: January 9, 2025
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge