

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

February 18, 2025

**By ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Roger Mercedes*, 23 Cr. 336 (JHR)

Dear Judge Rearden:

      The Government writes to respectfully request that the Court enter the attached proposed protective order to facilitate discovery regarding the pending violation of supervised release in the above-captioned case. The proposed order has been signed by both parties.

Application GRANTED. The Court will separately enter the parties' proposed stipulated protective order.

The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: February 18, 2025

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

by: */s/ Chelsea Scism*
Chelsea L. Scism
Assistant United States Attorney
(212) 637-2105

Cc:  Jonathan Marvinny (by ECF)