UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ROGER MERCEDES,<br>                   Defendant. | 23 Cr. 336 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      The Court has received an email from Probation Officer Hirsch dated May 12, 2025 that reports a violation of Defendant's bail conditions. By **May 16, 2025**, the Government and Defendant shall each file a letter stating their respective positions on whether, in light of the alleged violation, Defendant's bail should be revoked pursuant to 18 U.S.C. § 3142. The Government's letter shall also state Probation's position. The Court will hold open **May 20, 2025** at **2:45 p.m**. for a bail revocation hearing, if needed.

      SO ORDERED.

Dated: May 13, 2025
       New York, New York

                                                      JENNIFER H. REARDEN
                                                      United States District Judge