UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ROGER MERCEDES<br>                      Defendant. | 23 Cr. 336 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, United States District Judge:

      For the reasons stated on the record, Defendant Roger Mercedes is remanded to the custody of the United States Marshal.

      SO ORDERED.

Dated: May 20, 2025
       New York, New York

                                                                              JENNIFER H. REARDEN
                                                                      United States District Judge